Ronald BONFILIO, Appellant

v.

**COMMISSIONER OF INTERNAL REVENUE SERVICE,**
Appellee.

No. 11–1195.

United States Court of Appeals, District of Columbia Circuit.

July 25, 2012.

Ronald Bonfilio, Washington, DC, pro se.

John A. Nolet, Tamara Wenda Ashford, Deputy Assistant, Joan I. Oppenheimer, U.S. Department of Justice, Washington, DC, for Appellee.

BEFORE: ROGERS, GRIFFITH, and KAVANAUGH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States Tax Court and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the Tax Court's decision filed March 9, 2011, be affirmed. The Tax Court properly held that appellant did not meet his burden of proving the Commissioner's determination of the income tax deficiencies was incorrect. *See Welch v. Helvering,* 290 U.S. 111, 115, 54 S.Ct. 8, 78 L.Ed. 212 (1933); 26 U.S.C. § 7491(a). Because appellant's briefs do not address the Tax Court's decision to impose penalties pursuant to 26 U.S.C. § 6662(a), appellant has forfeited any challenge to that ruling on appeal. *See Dunkin' Donuts Mid–Atl. Distrib. Ctr., Inc. v. NLRB,* 363 F.3d 437, 441 (D.C.Cir.2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.